UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| THE REAL PROPERTY LOCATED AT | ) | 1:15-CV-2032-LMM |
| 225 VALLEY ROAD, N.W., ATLANTA, | ) | |
| FULTON COUNTY, GA 30305, *et al.,* and | ) | 1:15-CV-2677-LMM |
| | ) | |
| APPROXIMATELY 8,671,456,050 | ) | |
| IN IRAQI DINAR, *et al.* | ) | |

## VERIFIED CLAIM OF JAMES SHAW

James Shaw claims an interest in the following entities, accounts and assets, which are listed as *in rem* defendants in the two above-styled forfeiture complaints. Shaw has an interest, either as a partnership member, trustee, owner, or some other ownership interest in:

1. J.S. Real Estate Investments, LLC
2. Curtis Creek Holdings, LLC
3. Valley Trust
4. Sterling Currency Group, LLC
5. Sterling Online Processing Services, LLC
6. GID Partners
7. Alex Capital Holdings, LLC
8. Springlake Trading LLC
9. Primestone Propertiees, LLC
10. Wingover Capital LLC
11. Northwest Capital LLC
12. Broadway Trader 4z, LLC
13. Yards at Noda, LLC
14. Sterlingfunder LLC

1

15. J-Brem LLC
16. Gvest Capital LLC
17. Preferred Capital LLC
18. Shaw Capital & Guaranty LLC
19. Shaw Irrevocable Trust
20. Shaw Alys Beach LLC
21. GID Associates LLC
22. SR Equipment Leasing LLC

Because of his ownership interest in each of these entities, he claims an interest in any asset owned in whole or in part by any of these entities that either of the forfeiture complaints lists as an *in rem* defendant.

In addition Shaw claims an ownership interest, or other cognizable interest as a partnership member, trustee, title-holder (either in his own name, or through his interest in one of the above-listed entities) in:

1. 225 Valley Road, N.W.
2. 3464 Paces Places, N.W.
3. 48 Shinbone Court, Panama City Beach
4. 7 La Garza Courrt, Panama City Beach
5. Black 2013 Audi SS Quatro

In addition, Shaw claims an interest in all of the bank accounts, stock accounts, or other financial assets, either through his ownership of the account in his own name, or through his ownership interest in one of the above-listed entities. The specific financial accounts for which he claims an interest are identified with * on the attached spreadsheet. Any asset that has Jim Shaw's name in the "Held in the Name of" column, or for which he is identified in the "Authorized Signatories"

2

column, is included as a claimed asset. In addition, any financial account in any of

the listed 22 entities identified above, is also a claimed asset.

I declare under penalty of perjury, as provided in 28 U.S.C. § 1746, under

penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

JAMES SHAW

Executed on: 9/9/2015

Sworn to and subscribed before me this
_____9_____ day of September, 2015.

Notary: