In reference to case number 1:15-CV-2677
U.S District Court, Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 14 2015

JAMES N. HATTEN, Clerk
By:

Your Honor,

My name is Robert Hamner, I had three open orders with Sterling Currency Group as of June 3, 2015, the date of the civil forfeiture seizure of currencies and records. Orders #6049875, #8078590 & #3519285. It is my request that the court would direct these orders to be completed or a refund of the money that I have paid Sterling Currency Group. I have enclosed a copy of each order for review. The Initial Ship amount, noted on each invoice, are the amounts in each currency that I have paid for. Thank you for reviewing my request.

Respectfully,
Robert Hamner

905 Skyline Drive
Searcy, Arkansas 72143
501-207-3480



Sterling Currency Group
Dinar Banker

# ORDER #6049875

**Ship to:**
robert hamner
905 skyline drive
searcy, Arkansas 72143
United States
501-207-3480

STATUS: Initial Ship
DATE: 05/01/2015, 22:52
PAYMENT METHOD: vCheck
ORDER TYPE: Guaranteed 30 Layaway
SHIPPING METHOD: Expedited 1 Day Fedex

| Product | (*)Exchange Rate Per Million | Quantity | Subtotal |
|---|---|---|---|
| Uncirculated Iraqi Dinar 10k | $1,150.00 | 1,000,000 | $1,150.00 |

Subtotal: $1,150.00
Shipping cost: $0.00
Loyalty Credit: -$2.00
Total cost: $1,062.00

Initial Payment Received on 05/08: $27.00
Initial Ship: 100,000 IQD



06049875

* The listed exchange rate(s) on this invoice is defined as the cost in USD per million of the currency being purchased for this order. If you wish to sell currency to us, please visit our website (www.sterlingcurrencygroup.com) and select "Sell Dinar & Other Currencies" for our currency repurchase rates.

Sterling Currency Group * 2625 Piedmont Rd NE Ste. 56-590 Atlanta, GA 30324 * 404-991-5740



Sterling Currency Group
Dinar Banker

# ORDER #8078590

**Ship to:**
robert hamner
905 skyline drive
searcy, Arkansas 72143
United States
501-207-3480

STATUS: Initial Ship
DATE: 05/28/2015, 22:46
PAYMENT METHOD: vCheck
ORDER TYPE: Guaranteed 30 Layaway
SHIPPING METHOD: Expedited 1 Day Fedex

| Product | (*)Exchange Rate Per Million | Quantity | Subtotal |
|---|---|---|---|
| Uncirculated Iraqi Dinar 25k | $1,100.00 | 1,000,000 | $1,100.00 |

Subtotal: $1,100.00
Shipping cost: $0.00
**Total cost:** **$1,013.00**

Initial Payment Received on 06/04: $23.00
Initial Ship: 100,000 IQD



08078590

* The listed exchange rate(s) on this invoice is defined as the cost in USD per million of the currency being purchased for this order. If you wish to sell currency to us, please visit our website (www.sterlingcurrencygroup.com) and select "Sell Dinar & Other Currencies" for our currency repurchase rates.

Sterling Currency Group * 2625 Piedmont Rd NE Ste. 56-590 Atlanta, GA 30324 * 404-991-5740



Sterling Currency Group
Dinar Banker

# ORDER #3519285

**Ship to:**

robert hamner
905 skyline drive
searcy, Arkansas 72143
United States
501-207-3480

| | |
|---|---|
| STATUS: | Initial Ship |
| DATE: | 05/28/2015, 22:52 |
| PAYMENT METHOD: | vCheck |
| ORDER TYPE: | Guaranteed 30 Layaway |
| SHIPPING METHOD: | Expedited 1 Day Fedex |

| Product | (*)Exchange Rate Per Million | Quantity | Subtotal |
|---|---|---|---|
| Circulated Vietnamese Dong | $80.00 | 10,000,000 | $800.00 |

| | |
|---|---|
| Subtotal: | $800.00 |
| Shipping cost: | $0.00 |
| Total cost: | $744.00 |
| Initial Payment Received on 06/04: | $24.00 |
| Initial Ship: | 1,000,000 VND |



03519285

* The listed exchange rate(s) on this invoice is defined as the cost in USD per million of the currency being purchased for this order. If you wish to sell currency to us, please visit our website (www.sterlingcurrencygroup.com) and select "Sell Dinar & Other Currencies" for our currency repurchase rates.

Sterling Currency Group * 2625 Piedmont Rd NE Ste. 56-590 Atlanta, GA 30324 * 404-991-5740

Robert Homner
905 Skyline Dr.
Searcy, Ar. 72143

Richard B Russell Federal Bldg.
2211 U.S. Court House
75 Ted Turner Drive S. West
Atlanta, Ga. 30303-3309

LITTLE ROCK AR 722
10 SEP 2015 PM 4 L

SEP 14 2015