June 6, 2016

Steve Falck
PO Box 285
Hartville, OH 44632

Case: 1:15-CV-2677
United States District Court
Northern District of Georgia
Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

      Re: Case # 1:15-CV-2677

Your Honor:

I am writing this letter to introduce myself, and for consideration in the Sterling Currency Group/Dinar Banker Case # 1:15-CV-2677.

As I have (2) two unfulfilled Reserve orders, #1112327 and #6884481 for Iraqi Dinar that would have shipped to me. Having spent between $12,000 and 14,000 totally on Reserves for the Iraqi Dinar and the Vietnamese Dong thru Sterling, it is important for me to get an absolute minimum of what was agreed upon.

When I placed these orders with Sterling it was my feeling that ultimately it was my decision and didn't find fault with Sterling. Until after having read the email communications that were seized, and having time to consider the intent, of Ty Rhames specifically.

It was my investing however, it did put undue hardship on me to gather the money and short change other areas of a budget, as there is very little discretionary income that I have. Yes, I heard them say their reminders of caution when investing, but their (Ty's), intent was to spur additional cash flow. For him, it wasn't for Survival, or even to meet the payroll for the month. It was only for a higher gross profit. Even that I can understand, until what I read in the internal emails.

Your Honor, I don't have a problem with making mistakes, that is life. Even when there are promotions done for additional. sales, that is acceptable. However, when I am enhancing the profits of their companies, and they are essentially laughing at me for purchasing their promotions, that is when it becomes unacceptable.

My personal feeling is that all of orders that were ordered on Reserve should be fulfilled and would eliminate further financial litigation for all of the parties involved.
If that is not acceptable to the courts, fairness would only be to consider completing the Iraqi Dinar orders that were still open at the time business was stopped, in my case Reserve orders, #1112327 and #6884481. Then the consideration of potential lawsuits for loss, or recovery would be for additional litigation later.

Thank you for your time and consideration, and for allowing me to express my opinion. about this matter.


Respectfully,

*Steve Falck*

Steve Falck

Steve Fatek
PO Box 285
Hartville, OH 44632

Case: 1:15-CV-2677
United States District Court
Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Dr., SW,
Atlanta, GA 30303

